NO. 07-00-0363-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JUNE 27, 2001

______________________________

ANNETTE OLIVAREZ,

Appellant

v.

DIANA YOUNG LEE, 

Appellee

_________________________________

FROM THE COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

NO. 85,987-2; HON. PAMELA SIRMON, PRESIDING

_______________________________

On Motion to Correct Judgment

_______________________________

Before BOYD, C.J., QUINN and REAVIS, JJ.

Pending before the court is appellant Annette Olivarez’ motion to correct judgment wherein Olivarez questions the manner in which costs were taxed via our judgment.  Through the latter, we ordered that “appellant pay all costs in this behalf expended . . . .”  We deny the motion.

Because 1) a cross-appeal was filed on behalf of Diana Young Lee, making both Olivarez and Lee appellants, 2) we found in favor of a
ppellant Olivarez and 3) we modified and affirmed the judgment of the trial court, we must classify Olivarez as the prevailing party who, therefore, is entitled to have the costs of court awarded to her.  
Tex. R. App. P. 
43.4.

Thus, we clarify the judgment to read as follows: Diana Young Lee pay all costs in this behalf expended and deny the motion to correct the judgment filed by Annette Olivarez.  Our judgment issued on June 12, 2001 is hereby withdrawn and a judgment clarifying the June 12
th
 judgment is issued in lieu thereof.

It is so ordered.

Per Curiam

Do not publish.